UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 19-9118-MWF (KS)                                    Date: November 8, 2019

Title      *Randall Rodgers v. Felipe Martinez et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 23, 2019, Plaintiff, a federal prisoner proceeding *pro se*, filed a civil rights complaint pursuant to *Bivens v. Six Unnamed Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  (Dkt. No. 1.)

In the Complaint, Plaintiff complains that:  he has not had access to the law library, which has effectively denied him access to the courts (Complaint at 1-2); unnamed prison staff are "staging fights between inmates" other than Plaintiff (Complaint at 3); and unnamed prison staff members, including one Officer Magana, are "tak[ing] inmates' recreation rights," by cancelling recreation for haircuts and/or telling inmates they cannot go to recreation because their cells are not in order (Complaint at 4).  The only named defendant is the warden of the institution where Plaintiff is held, Felipe Martinez Jr., but the Complaint contains no allegations indicating that Defendant Martinez personally participated in, or otherwise caused, the alleged constitutional deprivations, nor does the Complaint indicate whether Plaintiff is suing Defendant Martinez in his personal or official capacity.  (*See generally* Complaint.)  As such, the Complaint fails to state a claim upon which relief can be granted and is subject to dismissal.  *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on October 23, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 2.)  More than two weeks

have now passed and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than November 29, 2019, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the November 29, 2019 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**

**IT IS SO ORDERED**.

                                                                                                  :
                                                                **Initials of Preparer**    gr