JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RANDALL RODGERS,           ) NO. CV 19-9118-MWF (KS)
         **Plaintiff,**  )
    v.                         )
                            ) **ORDER AND JUDGMENT OF DISMISSAL**
FELIPE MARTINEZ, Jr.,      )
         **Defendants.**  )
_____ )

On October 23, 2019, Plaintiff, a federal prisoner incarcerated at the United States Penitentiary in Lompoc, California and proceeding *pro se*, filed a civil rights complaint (the "Complaint"). (Dkt. No. 1.) The Complaint alleges the following: Plaintiff was denied access to the law library on multiple occasions; the law library computer was down for an extended period of time, most likely because prison staff purposefully broke the computer; the Lompoc Special Housing Unit has turned into a fight club with staff members staging fights between inmates; and inmates have not received at least four hours a week of recreation. (*Id.*) The Complaint does not identify the individuals whom Plaintiff believes are liable for each act of wrongdoing alleged, nor does it identify the laws or constitutional provisions that Plaintiff believes have been violated. (*See generally id.*) As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon

1

which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on October 23, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On November 8, 2019, after more than two weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than November 29, 2019, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee.

More than 30 days have now passed since the Court issued its October 23, 2019 Order, and more than two weeks have passed since Plaintiff's deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. Instead, on November 26, 2019, Plaintiff initiated a second lawsuit, *Rodgers v. Martinez*, CV 19-10101-MWF (KS), in which he: sues the same person, Warden Felipe Martinez, Jr.; presents the same factual allegations; filed an application to proceed *in forma pauperis*; and received authorization to proceed without prepayment of the filing fee. (*See generally Rodgers v. Martinez*, CV 19-101010-MWF (KS), Dkt. Nos. 1, 2, 4.) However, Plaintiff has no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), overruled on other grounds by *Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED. This Order is without prejudice to Plaintiff's litigation in *Rodgers v. Martinez*, CV 19-10101-MWF (KS), which is currently awaiting a First Amended Complaint. (*See Rodgers v. Martinez*, CV 19-10101-MWF (KS), Dkt. No. 5 (Dec. 5, 2019) (dismissing the complaint for failure to state a claim and ordering the plaintiff to file a First Amended Complaint no later than January 4, 2020).)

DATED: 12/17/2019

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE